IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSICA WALKER,

Petitioner,

vs.

CHARLES SAMUELS JR,[1]

Respondent.                                                             No. 13-cv-102-DRH

## MEMORANDUM AND ORDER

**HERNDON, Chief District Judge:**

Petitioner Jessica Walker, currently incarcerated at Greenville Federal Prison Camp (Greenville FPC), brings this habeas corpus action pursuant to 28 U.S.C. § 2241 (Doc. 1). Petitioner requests a one year sentence credit for participation in the RDAP (Residential Drug Abuse Program). Without commenting on the merits of petitioner's claims, the Court concludes that the petition survives preliminary review under Rule 4 and Rule 1(b) of the Rules Governing Section 2254 Cases in United States District Courts.[2]

## Filing Fee

Petitioner has not paid the required filing fee of $5.00 or filed a motion to proceed *in forma pauperis* (IFP) in this case. Accordingly, **IT IS HEREBY ORDERED** that petitioner shall either pay the full filing fee of $5.00 for this action

---

[1] As James N. Cross is the warden at Greenville FCI, the **Clerk is instructed to designate James N. Cross** as the proper respondent in this action. *See al-Marri v. Rumsfeld*, 360 F.3d 707, 712 (7th Cir. 2004).

[2] Rule 1(b) of those Rules gives this Court the authority to apply the rules to other habeas corpus cases.

or file a motion to proceed *in forma pauperis* within 30 days of the date of entry of this Order (on or before **March 8, 2013**). Payment of the $5.00 filing fee shall be sent to: United States District Court, Clerk's Office, 750 Missouri Avenue, P.O. Box 249, East St. Louis, Illinois, 62201. At the time payment is made, petitioner's name and the case number assigned to this action shall be clearly identified. Should petitioner fail to comply with this Order, this case will be dismissed without prejudice for failure to comply with a Court Order. *See* Fed. R. Civ. P. 41(b); *Ladien v. Astrachan*, 128 F.3d 1051, 1056-57 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466, 468 (7th Cir. 1994).

## Disposition

**IT IS HEREBY ORDERED** that respondent shall answer or otherwise plead within thirty days of the date this order is entered. This preliminary order to respond does not, of course, preclude the government from raising any objection or defense it may wish to present. Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be **REFERRED** to a United States Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c), *should all the parties consent to such a*

*referral.*

Petitioner is **ADVISED** of her continuing obligation to keep the Clerk (and each opposing party) informed of any change in her whereabouts during the pendency of this action. This notification shall be done in writing and not later than seven (7) days after a transfer or other change in address occurs. Failure to provide such notice may result in dismissal of this action. *See* FED. R. CIV. P. 41(b).

**IT IS SO ORDERED.**

Signed this 6th day of February, 2013.

Digitally signed by David R. Herndon
Date: 2013.02.06 16:14:55 -06'00'

**Chief Judge**
**United States District Court**