IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSICA WALKER,

Petitioner,

vs.

JAMES N. CROSS,

Respondent.                                                No. 13-cv-102-DRH-PMF

### ORDER

**HERNDON, Chief District Judge:**

Pending before the Court is petitioner Jessica Walker's motion to dismiss case 13-cv-102 (Doc. 11). Walker asks the Court to dismiss this action, stating her belief that it is a duplicate of *Walker v. Samuels, Jr., et al.,* 12-cv-1296-GPM, a different cause of action which alleges violations of Walker's constitutional rights by persons acting under the color of federal authority. *See Bivens v. Six Unknown Named Agents,* 403 U.S. 388 (1971). District Judge Murphy dismissed Walker's *Bivens* action on March 8, 2013. Walker has appealed this dismissal.

Walker's instant § 2241 petition and her *Bivens* action share similar factual bases. However, Walker's instant § 2241 petition requests that sentence credit be awarded to her. A reduction of sentence is not an available remedy in a civil rights action. *See Preiser v. Rodriguez,* 411 U.S. 475, 500 (1973) (habeas action is used to seek an immediate or speedier release from custody). Thus, Judge Murphy's dismissal of Walker's *Bivens* action was without prejudice to Walker pursuing her

instant § 2241 petition (12-cv-1296, Doc. 11, p. 5).  Thus, strictly speaking, these actions are not in fact "duplicates." As Walker's motion seeks voluntary dismissal based solely on her belief that the above-mentioned actions are "duplicates," Walker's motion is **DENIED** (Doc. 11). Armed with this knowledge, should Walker still desire to voluntarily dismiss this action she is free to do so in accordance with the applicable rules of civil procedure. See Fed. R. Civ. P. 41.

**IT IS SO ORDERED.**

Signed this 23rd day of April, 2013.

Digitally signed by
David R. Herndon
Date: 2013.04.23
15:09:02 -05'00'

**Chief Judge
United States District Court**