IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JESSICA WALKER,

      Petitioner,

-vs-

JAMES N. CROSS,

      Respondent.                               No. 13-cv-102-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court on the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on January 27, 2014, the Petition for Writ of Habeas Corpus is **DENIED** and this cause of action is **DISMISSED** with prejudice.

**DATED:** January 27, 2014

                                          NANCY J. ROSENSTENGEL,
                                          CLERK OF COURT

                                          BY:  *s/Sara Jennings*
                                                     **Deputy Clerk**

Digitally signed by David R. Herndon
Date: 2014.01.27 13:15:23 -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT